# TROY LAW, PLLC

ATTORNEYS / COUNSELORS AT LAW
Tel: 718 762 1324   johntroy@troypllc.com   Fax: 718 762 1342
41-25 Kissena Blvd., Suite 119, Flushing, New York 11355

November 14, 2018

<u>Via ECF</u>
Honorable Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

Re:   **Notice of Settlement in Principle and Request for Four Weeks to Submit Joint Fairness Letter Motion with Signed Settlement Agreement**
*ZHAO et al. v MATSU FUSION RESTAURANT INC. d/b/a Matsu Sushi et al., 18-cv-04734*

Dear Judge Schofield:

This office represents Plaintiffs in the above-referenced matter. Plaintiffs write jointly with Defendants to notify the Court that the parties have just reached a settlement in principle.

The parties further respectfully request four (4) weeks to submit the executed Settlement Agreement for Your Honor's judicial approval.

The parties thank the Court's kind consideration on this matter.

Respectfully Submitted,

**TROY LAW PLLC**
*Attorneys for* Plaintiffs
/s/ John Troy
John Troy, Esq.

JT/mh

1