TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA*
*Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x
CHEN ZHAO,
JINQUAN YIN, and
LETIAN ZHU,
*on behalf of themselves and others similarly situated*
                                                          Plaintiffs,
            v.
MATSU FUSION RESTAURANT, INC.
        d/b/a Matsu Sushi and;
YI GANG CHEN
        a/k/a Gary Chen
                                                          Defendants.
-------------------------------------------------------------x

Case No: 18-cv-04734

NOTICE OF ACCEPTANCE OF DEFENDANT'S OFFER OF JUDGMENT PURSUANT TO RULE 68

PLEASE TAKE NOTICE that, pursuant to Rule 68(a) of the Federal Rules of Civil Procedure, Plaintiffs CHEN ZHAO, JINQUAN YIN and LETIAN ZHU, through their undersigned counsel, hereby accept and provide notice that he has accepted Defendants' Offer of Judgment to Plaintiffs dated December 12, 2018, attached hereto as Exhibit A.

Dated: Flushing, New York
December 19, 2018

TROY LAW, PLLC
*Attorney for the Plaintiffs, proposed FLSA*
*Collective and potential Rule 23 Class*
*Plaintiffs*

   /s/      John Troy
John Troy (JT0481)

TROY LAW, PLLC
*Attorneys for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*
John Troy (JT 0481)
41-25 Kissena Blvd., Suite 119
Flushing, NY 11355
Tel:   (718) 762-1324

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------x

| | |
|---|---|
| CHEN ZHAO, JINQUAN YIN, and LETIAN ZHU, *on behalf of themselves and others similarly situated* <br>                                      Plaintiffs, <br>              v. <br> MATSU FUSION RESTAURANT, INC. <br>         d/b/a Matsu Sushi and; <br> YI GANG CHEN <br>       a/k/a Gary Chen <br>                                      Defendants | Case No: 18-cv-04734 <br><br> **CERTIFICATE OF SERVICE** |

-------------------------------------------------------------x

    I hereby certify that a true and correct copy of the attached Notice of Acceptance of Defendant's Offer of Judgment was served on the Defendants of this action by causing a copy to be sent via ECF to their Attorney of Record.


Dated: Flushing, New York
December 19, 2018

                                                            TROY LAW, PLLC
                                                            *Attorney for the Plaintiffs, proposed FLSA Collective and potential Rule 23 Class Plaintiffs*


                                                              /s/     John Troy
                                                            John Troy (JT0481)